**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-1643

THERESA FIRMIN

VERSUS

BRIAN GILL, JR. AND TODD TOWNSLEY

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2002-1713 "B"
HONORABLE J. DAVID PAINTER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

GLENN B. GREMILLION
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, John D. Saunders, and Glenn B. Gremillion, Judges.

**AFFIRMED.**

Stephen Spring, II
Spring & Spring, Ltd.
8939 Jefferson Hwy., #E
Baton Rouge, LA 70809
(225) 932-9671
Counsel for Plaintiff/Appellant
     Theresa Firmin

**Allen L. Smith, Jr.**
**Plauche, Smith & Nieset**
**P. O. Drawer 1705**
**Lake Charles, LA 70602**
**(337) 436-0522**
**Counsel for Defendant/Appellee**
     **Todd A. Townsley**

**Emmett C. Sole**
**H. Alan McCall**
**Stockwell, Sievert, Viccellio,**
**Clements & Shaddock, L.L.P.**
**P. O. Box 2900**
**Lake Charles, LA 70602**
**(337) 436-9491**
**Counsel for Defendant/Appellee**
     **Brian Gill, Jr.**